MERCANTILE TRUST COMPANY et al., Respondents,

v.

Alex CULBERTSON, et al., Appellants,

Arnold D. Levine, personal representative of the Estate of Margaret M. Pettit, et al., Intervenors.

No. 51114.

Missouri Court of Appeals, Eastern District, Division Three.

June 23, 1987.

Gary H. Sololik, Perry, for appellants.

Floyd E. Lawson, Paris, for respondents.

ORDER

PER CURIAM.

This is an appeal from trial courts' denial of damages on an injunction bond. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. No jurisprudential purpose would be served by a written opinion. Judgment affirmed in accordance with Rule 84.16(b).